IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ACCESS FOR THE DISABLED, INC., A Florida Non Profit Corporation, and ROBERT COHEN, Individually,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MARIE GREEN FORUM, LLC, A Florida Limited Liability Company,<br><br>　　　　　Defendant.<br>_____ | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No.: 11-62362-CIV-COHN/SELTZER |

**STIPULATION FOR DISMISSAL OF CASE**

Pursuant to Rule 41(a)(1)(ii), the parties herein have stipulated that this action by Plaintiffs, ACCESS FOR THE DISABLED, INC., and ROBERT COHEN, be dismissed as to Defendant, MARIE GREEN FORUM, LLC.

FOR THE PLAINTIFFS                             FOR THE DEFENDANT

By: /s/ Thomas B. Bacon                         By: /s/ Thomas Paul Rebel

| Thomas B. Bacon, Esq.<br>Attorney-At-Law<br>4868 S.W. 103rd Ave.<br>Cooper City, FL 33328<br>ph. (954) 925-6488<br>fax (954) 237-1990<br>tbb@thomasbaconlaw.com | Thomas Paul Rebel, Esq.<br>FISHER & PHILLIPS LLP<br>450 East Las Olas Boulevard<br>Suite 800<br>Ft. Lauderdale, FL 33301<br>ph. (954) 525-4800<br>fax: (954) 525-8739<br>trebel@laborlawyers.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this January 30, 2012.

        Respectfully submitted,

        Attorney for Plaintiffs:

        /s/ Thomas B. Bacon

        Thomas B. Bacon, Esq.
        **Thomas B. Bacon, P.A.**
        4868 S.W. 103rd Ave.
        Cooper City, FL 33328
        ph. (954) 925-6488
        fax (954) 237-1990
        tbb@thomasbaconlaw.com