UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62362-CIV-COHN/SELTZER

CONSENT CASE

ACCESS FOR THE DISABLED, INC.
A Florida Non Profit Corporation,
and Robert Cohen, Individually,

    Plaintiffs,

vs.

MARIE GREEN FORUM, LLC,
A Florida Limited Liability Company,

    Defendant.
_____/

FILED by _____ D.C.
JAN 31 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – FT. LAUD.

## ORDER DISMISSING CASE

THIS CAUSE having been referred to the undersigned pursuant to the consent of the parties and the parties having filed a Stipulation for Dismissal of Case (DE 21) pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby ORDERED and ADJUDGED that this action is DISMISSED. The Clerk is directed to close the case.

DONE AND ORDERED in Fort Lauderdale, Florida, this 31st day of January 2012.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

All counsel of record